```
                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

RANDY L. TUCKER,                    *

     Plaintiff                  *

vs.                                 *
                                            CASE NO. 4:07-CV-111 (CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                   *

     Defendant
                                   *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 27, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of September, 2008.

                                                       S/Clay D. Land
                                                         CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE